**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**


| | |
|---|---|
| **DEMARIO D. WALKER** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 5:08cv147-JMR** |
| **REGINALD L. JACKSON, SHERIFF;** <br> **LASHUNDRA GRAYSON and WILLIE DAVIS** | **DEFENDANTS** |

### FINAL JUDGMENT

This matter came on to be heard on the Motion [89-1] for Summary Judgment filed by Defendants, on February 2, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 23rd day of June, 2009.


                                                           s/ John M. Roper                              

                                                CHIEF UNITED STATES MAGISTRATE JUDGE